```
         FILED              RECEIVED
         ENTERED            SERVED ON
                   COUNSEL/PARTIES OF RECORD

              MAR 2 8 2011

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
     BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>       Plaintiff,                )<br>                                 )<br>  v.                             )     3:10-CR-016-RCJ (VPC)<br>                                 )<br>EUGENIO ENRIQUE CORONA,          )<br>                                 )<br>       Defendant.                )  | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on December 16, 2010, defendant EUGENIO ENRIQUE CORONA pled guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

This Court finds defendant EUGENIO ENRIQUE CORONA agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant EUGENIO ENRIQUE CORONA pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1)and Title 28 United States Code, Section 2461(c):

    a.    a Jennings, model J-22 caliber pistol, serial number 726853; and

    b.    any and all ammunition.

. . .

1  This Court finds the United States of America is now entitled to, and should, reduce the
2  aforementioned property to the possession of the United States of America.
3  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4  United States of America should seize the aforementioned property.
5  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6  EUGENIO ENRIQUE CORONA in the aforementioned property is forfeited and is vested in the
7  United States of America and shall be safely held by the United States of America until further order
8  of the Court.
9  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
10 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
11 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
12 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
13 the name and contact information for the government attorney to be served with the petition, pursuant
14 to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
15 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
16 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
17 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
18 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
19 following address at the time of filing:
20  Greg Addington
    Assistant United States Attorney
21  100 West Liberty Street, Suite 600
    Reno, NV 89501
22
23  . . .
24  . . .
25  . . .
26  . . .

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3  following publication of notice of seizure and intent to administratively forfeit the above-described
4  property.

5  DATED this 28th day of March, 2011.

9  UNITED STATES DISTRICT JUDGE

3

# PROOF OF SERVICE

I, Greg Addington, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on January 4, 2011 by the below identified method of service:

Electronic Filing

Cynthia S. Hahn
Federal Public Defender
201 West Liberty Street, Suite 102
Reno, NV 89501
cynthia_hahn@fd.org
*Counsel for Eugenio Enrique Corona*

/s/ GregAddington
GREG ADDINGTON
Assistant United States Attorney

4