1
2
3
4
5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8    UNITED STATES OF AMERICA,                    )
                                                  )
9              Plaintiff,                         )
                                                  )
10             v.                                 )        3:10-CR-016-RCJ (VPC)
                                                  )
11   EUGENIO ENRIQUE CORONA,                      )
                                                  )
12   _____Defendant._____)

13                    **FINAL ORDER OF FORFEITURE**

14          On March 29, 2011, the United States District Court for the District of Nevada entered a

15   Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United

16   States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the

17   plea of guilty by defendant EUGENIO ENRIQUE CORONA to the criminal offense, forfeiting

18   specific property alleged in the Indictment and shown by the United States to have a requisite nexus

19   to the offense to which defendant EUGENIO ENRIQUE CORONA pled guilty. #36.

20          This Court finds the United States of America published the notice of the forfeiture in

21   accordance with the law on via the official government internet forfeiture site, www.forfeiture.gov,

22   consecutively from April 6, 2011 through May 5, 2011, further notifying all known third parties of

23   their right to petition the Court. #39.

24          This Court finds no petition was filed herein by or on behalf of any person or entity and the

25   time for filing such petitions and claims has expired.

26   . . .

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

      a.     a Jennings, model J-22 caliber pistol, serial number 726853; and

      b.     any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 26th day of September, 2011.

UNITED STATES DISTRICT JUDGE